MARY E. CLARK, Appellant, v. ALEXIS ROTOV, Respondent.— Order unanimously modified so as to restrain the transference of more than two thirds of the income or more than two thirds of the proceeds of the sale of plaintiff's share in the estate. The action is to proceed to an early trial. As so modified the order is affirmed, with $20 costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Executor of ALFRED D. RUNYON, Deceased, Respondent, v. PATRICE A. COFFIN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

HELEN RUTAN, Appellant, v. MARTIN McVOY, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

MORRIS ANTEBI, Respondent, v. FIFTH OPERATING CORPORATION et al., Appellants, et al., Defendants.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of the Arbitration between ALBRECHT CHEMICAL CO., INC., Respondent, and ANDERSON TRADING CORP., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ. [See post, p. 925.]

ERNESTINE KRAUSS et al., on Their Own Behalf and on Behalf of All Other Lot Owners of Elmont Cemetery, Inc., Similarly Situated, and for the Benefit of Said Corporation, Respondents, v. IRVING H. GLASSIR et al., Individually and as Copartners Doing Business under the Name of Goldberg and Glassir, Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements. The date for the inspection and discovery to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

JOSEPH ROSS et al., Respondents, v. HOWARD C. LEAVY et al., Defendants, and HARRY MISHKIN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the appellant to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

ARPAD TUZES et al., Respondents, v. WILLIAM WEIDNER, Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the appellant to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of the Application of ANNA LIPTON, Respondent. ROLIP REALTY CORP., by JOHN J. ROESCH, Its Secretary, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

MORRIS LEV, Respondent, v. ROBERT VELAISE, Appellant.— Appeal withdrawn. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

MORRIS LEV, Respondent, v. ROBERT VELAISE, Appellant.— Order unanimously reversed, with $10 costs and disbursements, and the motion granted. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.